IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 02-cr-00484-RPM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NOEL EDWARD ANDERSON,

        Defendant.

---

### ORDER CONTINUING SUPERVISED RELEASE AND MODIFYING CONDITIONS OF SUPERVISION

---

**THIS MATTER** is before the Court on report of the probation officer following a supervised release violation hearing held on February 10, 2006. The defendant admits to the alleged violations of supervised release and the Court finds the defendant has violated the terms and conditions of supervised release. It is

**ORDERED** that the defendant's term of supervised release is continued, and the terms and conditions of supervision be modified as follows:

The defendant shall be placed on home detention for a period of 90 days, to commence at the end of the state sentence, on or about March 24, 2006. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, and cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer. It is

**FURTHER ORDERED** that all previously imposed conditions shall remain in full force and effect. The Court will not order that defendant participate in AA meetings, but encourages the defendant to continue with this activity if the defendant finds this program helpful.

**DATED** at Denver, Colorado, this _15_ day of February, 2006.

BY THE COURT:

Richard P. Matsch
Senior District Judge