# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 02-cr-00484-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NOEL EDWARD ANDERSON,

    Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE UNSATISFACTORILY

---

THIS MATTER was before the Court upon report of the probation officer regarding the defendant's unsatisfactory adjustment to supervision.

On January 30, 2007, a supervised release compliance review hearing was held and the Court found that the defendant's adjustment to supervision has been unsatisfactory. It is hereby

ORDERED that the defendant's supervised release is terminated for unsatisfactory compliance.

DATED at Denver, Colorado, this 30th day of January, 2007.

BY THE COURT:

_____
RICHARD P. MATSCH
Senior United States District Judge